IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONYA HALL                                                       PLAINTIFF

v.                  Case No. 5:16-cv-00142 KGB-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                               DEFENDANT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 30). There have been no objections to the Recommended Disposition filed, and the time to file objections has passed.

After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. It is therefore ordered that the Commissioner's decision is reversed and remanded with instructions to develop further the record as necessary and to evaluate fully and properly the opinions of plaintiff Tonya Hall's medical providers.

So ordered this 24th day of August, 2017.

                                                     _____
                                                     Kristine G. Baker
                                                     United States District Judge