IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TONYA HALL**                                                                                                **PLAINTIFF**

**v.**                        **Case No. 5:16-cv-00142 KGB-JTK**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the decision of the Commissioner is reversed and remanded with instructions to develop further the record as necessary and to evaluate fully and properly the opinions of plaintiff Tonya Hall's medical providers.

So adjudged this the 24th day of August, 2017.

_____
Kristine G. Baker
United States District Judge